## CORLISS J. UCCI *v.* WALTER R. UCCI

The petition by the plaintiff in error for certification for appeal from the Appellate Court (AC 31169) is denied.

VERTEFEUILLE and McLACHLAN, Js., did not participate in the consideration of or decision on this petition.

*Geraldine Ficarra*, in support of the petition.

*Philip Miller*, assistant attorney general, in opposition.

Decided October 22, 2009

## STATE OF CONNECTICUT *v.* ALEX GARCIA

The defendant's petition for certification for appeal from the Appellate Court, 115 Conn. App. 766 (AC 29501), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Lisa J. Steele*, special public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided October 28, 2009